UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH URLACHER,

        Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendants.

Case No. C09-5786BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **DISMISSED**.

DATED this 4th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER