United States District Judge Benjamin H. Settle

```
_____ FILED _____ LODGED
          _____ RECEIVED
         APR 21 2011
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH URLACHER,            )
                            ) CASE NO. 3:09-cv-5786-BHS
        Plaintiff,          )
                            )
   v.                       ) ORDER FOR EAJA FEES AND EXPENSES
                            )
MICHAEL J. ASTRUE,          )
Commissioner of Social Security, )
                            )
                            )

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney fees of $4,604.07, and expenses of $10.30, for a total of $4,614.37, shall be awarded to Plaintiff. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Amy Gilbrough, at 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

09-CV-05786-ORD

JSES

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue Suite 1030
Seattle, WA 98101
(206) 623-0900

1  Dated this ____ day of April, 2011.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

5  Presented by:

7  S/AMY M. GILBROUGH
AMY M. GILBROUGH
8  Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:09-cv-5786-BHS ]- 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue  Suite 1030
Seattle, WA 98101
(206) 623-0900